# Exhibit B



# ARREST REPORT
## State Police Framingham

450 Worcester Road, Route 9
Framingham, MA
(508) 820-2250

**CASE #** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Invest Officer: | Trooper Michael Bucca ID# 3922 | Court: Stoughton DC |
| Agency: | H-2 | |

**Alias(es):**

**Distinguishing Marks:**

Tattoo
| | | |
|---|---|---|
| Location: Forearm, Lft | | Description: "RIP Skeet" |
| Location: Forearm, Rt | | Description: "family first" |
| Location: Neck | | Description: Gemini sign |

**Vehicle(s):**

GA PAN CHM3511 2018 Toyota Camry WHITE                                    Towed Interstate Towing
VIN: 4T1B11HK1JU569222

VIN:

VIN:

**Other Property/Evidence Involved in Case:**

**FIREARMS**
EVIDENCE
North American Arms .22 cal revolver # 195528

| Value: | Stolen: | Seized: | Recovered: |
|---|---|---|---|

**WEAPONS OTHER THAN FIREARMS**
EVIDENCE
(5) .22 caliber rounds.

| Value: 0 | Stolen: | Seized: | Recovered: |
|---|---|---|---|

**Arrest Narrative:**

**BOYD primary.**

**By Trooper Michael J Bucca #3922**

1. On Monday 11/26/2018 at approximately 1403 hours I, Trooper Michael Bucca #3922 was traveling north on Route 95 in The Town of Canton (a public way maintained by the Massachusetts Department of Transportation) behind a white Toyota Camry bearing Georgia registration CHM3511. While traveling behind said vehicle in the first travel lane, I observed the operator cross over the solid white fog line with both passenger side tires. Having observed this chapter 89 section 4A violation, I activated my emergency blue lights and stopped the vehicle as it merged onto Route 93 north bound prior to exit 2A in Canton (a public way maintained by the Massachusetts Department of Transportation).

2. As the vehicle came to a stop in the break down lane on Route 93, I observed the operator lifted his body off of the drivers seat and leaned towards the drivers side window with his left shoulder. As I approached the passenger side window I noticed the operators wallet and Massachusetts drivers license in

| | Status: Approved | |
|---|---|---|
| Trooper Michael Bucca ID# 3922 | Approved by: #Sergeant Jane Kennedy ID# 2198 | Supervisor |



# ARREST REPORT
## State Police Framingham

450 Worcester Road, Route 9
Framingham, MA
(508) 820-2250

**CASE #** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| Invest Officer: | Trooper Michael Bucca ID# 3922 | Court: Stoughton DC |
| Agency: | H-2 | |

his left hand and an open 1.75 liter bottle of Hennessey on the passenger seat. Trooper Micciche #4006 then arrived on scene to assist. The operator (single occupant) later identified as the Defendant in this matter BOYD, Reginald (dob 6/19/1989) appeared extremely nervous, his hands were shaking as he handed me his drivers license and produced the registration from the glove box. BOYD would not make eye contact and told me he just came from court. It should be noted I had not asked BOYD any questions regarding his whereabouts prior to the traffic stop. BYOD then immediately put both hands over his jacket pockets, grasped them and reached his right hand into the right jacket pocket. I told BOYD to stop reaching into his pockets and keep his hands visible. BOYD apologized and almost instantly put his right hand into the front right pocket of his pants. I again told him to stop moving around. BOYD leaned forward towards the steering wheel and pat his right front pant pocket again. I had his license and registration, there was no articulable reason for him to be reaching for or attempting to retrieve anything further. In fear for my safety as BOYD could be attempting to reach for a weapon, I repositioned myself to the drivers side door, and ordered BOYD from the vehicle.

3. BOYD exited the vehicle with his arms out to his side parallel with the ground as he walked towards the rear of his vehicle. While doing so he looked to his left and to his right and again reached into his right jacket pocket. His right hand was removed from his pocket and placed onto the trunk, simultaneously BOYD placed his left hand into his left jacket pocket which he was told to remove. I asked BOYD if he had any weapons on him to which he did not reply and looked forward. As I pat frisked his outer garments for weapons I felt a distinct solid metal object in his right rear pocket. The object felt consistent with that of a small handgun. A loaded North American Arms .22 caliber stainless steel revolver (serial # L195528) was removed from his right rear pant pocket. The revolver containing 5 rounds of .22 caliber ammunition was handed over to Trooper Micciche. BOYD was immediately placed under arrest and handcuffed. While doing so, BOYD stated quote I have it to scare people, but I've never used it. BOYD was read his right per Miranda and seated in the rear of my cruiser. BOYD was advised that he was under arrest for firearm violations.

4. Interstate Towing was notified and a motor vehicle inventory was completed per dept policy. BOYD was then transported back to SP Framingham for booking. BOYD was issued a civil electronic citation #231050AA for chapter 89 section 4A and chapter 90 section 24I violations. The Handgun was placed into a Handgun Collection and Storage Box and placed into the temporary storage locker along with the evidence submission form. BOYDS criminal history indicated he is on active probation out of Dorchester District Court until 8/10/2021, for possession, distribute class B (DKT#1607CR001588A). BOYD was also found guilty on 1/5/2009 out of Boston Federal Court for distributing/dispense class B (school zone) (DKT# 081026701). Bail commissioner Stephen LeDuc was notified and set bail at $25,000.

5. BOYD has been charged with the following:
269/10/4- Possession / carrying a firearm.
269/10/N- Carrying a loaded firearm.

---

Trooper Michael Bucca ID# 3922

Status: Approved
Approved by: #Sergeant Jane Kennedy ID# 2198       Supervisor



# ARREST REPORT
## State Police Framingham

450 Worcester Road, Route 9
Framingham, MA
(508) 820-2250

Invest Officer: Trooper Michael Bucca ID# 3922    Court: Stoughton DC
Agency: H-2

269/10/H- Possession of a firearm without FID card.
269/10/H/1- Possession of ammo without FID card.
269/10G/B- Firearm violation with two prior violent/drug crimes.

Respectfully submitted,
Trooper Michael Bucca #3922
SP Framingham H-2

Trooper Michael J Bucca #3922              Trooper Michael J Bucca #3922

Trooper Michael Bucca ID# 3922

Status: Approved
Approved by: #Sergeant Jane Kennedy ID# 2198    Supervisor

Boyd_000000014